IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERYL RAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MYRON KENT WILSON, et al., <br><br> Defendants. | Case No. 3:17-cv-1163-JPG-MAB <br><br> **AMENDED MINUTES OF COURT** <br><br> Date: 8/12/2019 <br><br> Place: Benton, IL |

PRESENT: **HONORABLE J. PHIL GILBERT, U. S. DISTRICT JUDGE**

DEPUTY CLERK: Tina Gray    COURT REPORTER: Stephanie Rennegarbe

COUNSEL FOR PLAINTIFF(S): John G. Simon and Erica Blume Slater

COUNSEL FOR DEFENDANT(S): Christopher P. Leritz and Nathan A. Lindsey

PROCEEDING: Final Pre-Trial Conference and Motion Hearing

TIME: 30 minutes

All parties as noted are present in open Court.

This matter is before the Court on a Final Pre-Trial Conference and Motion to Strike Opinions of Defense Expert.

After hearing arguments, the Court is Granting in part and Denying in part Plaintiff's Motion to Strike Opinions of Defense Expert (doc 73).

Parties indicate to the Court the Jury Trial will take 4 days to try. The Final Pre-Trial Conference is continued to September 16, 2019 at 9:00 a.m. where parties will appear telephonically. All Parties are directed to call into (618) 439-7733. The Jury Trial is scheduled for September 30, 2019 at 9:00 a.m. before the Honorable J. Phil Gilbert in Benton, IL.

MARGARET M. ROBERTIE, Clerk of Court

By: /s/ Tina Gray
Deputy Clerk
