### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHERYL RAY AND KIRK RAY | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No.:   3:17-cv-01163-JPG-MAB |
| | ) | |
| v. | ) | |
| | ) | |
| MYRON KENT WILSON and | ) | |
| CELADON TRUCKING SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF POTENTIAL CONFLICT

COME NOW Defendants and hereby disclose to the Court and all parties that attorney Christopher Leritz is pre-set for trial in the case of <u>Kelli Walsh v. 14051 Manchester, Inc., d/b/a Hot Shots Sports Bar and Grill, et al</u>, Cause No. 17SL-CC01875 in the Circuit Court of St. Louis County, State of Missouri for October 15, 2019. Please find a copy of the Order setting this matter for trial attached hereto as Exhibit A.

The parties have been ordered to mediate this matter. Therefore, the case may settle prior to trial but Defendants' counsel wanted to bring this potential conflict to the attention of the Court and to Plaintiffs.

Respectfully submitted,

/s/ Christopher P. Leritz
Christopher P. Leritz, #6320052IL
LERITZ & PLUNKERT, P.C.
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
cleritz@leritzlaw.com
Telephone: (314) 231-9600
Facsimile: (314) 231-9480

ATTORNEYS FOR DEFENDANTS
CELADON TRUCKING SERVICES, INC.
and MYRON KENT WILSON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the United States District Court for the Southern District of Illinois with service via operation of the Court's electronic filing system, this 13th day of August, 2019 to:

| | |
|---|---|
| John G. Simon | Nathan A. Lindsey |
| Erica Blume Slater | 10 S. Broadway, Suite 1520 |
| 800 Market Street, Suite 1700 | St. Louis, Missouri 63102 |
| Saint Louis, Missouri 63101 | nlindsey@rdm.law |
| jsimon@simonlawpc.com | *Attorneys for Defendants* |
| eslater@simonlawpc.com | *Celadon Trucking Services, Inc.* |
| *Attorneys for Plaintiff* | *and Myron Kent Wilson* |

/s/ Christopher P. Leritz

2