FILED IN DIV. 17

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

JAN 24 2019

_WALSH_ )
Plaintiff )
) Date __1/24/19__
) JOAN M. GILMER
) Cause No. __17SL-CC00715__ CIRCUIT CLERK, ST. LOUIS COUNTY
vs. )
)
_BORA WSKI_ ) Divison 17
Defendant )

**TRIAL SCHEDULING ORDER**

Cause set for ___ bench or ✓ jury trial on __10/15/19__ at __9:00 AM__. The anticipated length of the trial is __4__ days. Number of prospective jurors __50__.

*Plaintiff's experts, retained and non-retained*, to be disclosed and deposed by __7/15/19__.

*Defendant's experts, retained and non-retained*, to be disclosed and deposed by __8/15/19__.

Any *Motions for Summary Judgment* filed pursuant to 74.04 RSMo shall be filed in a package containing the Motion; Statement of Uncontroverted Facts; Memorandum in Support of the Motion; Response in Opposition to the Motion and Statement of Uncontroverted Facts; the Reply in Support of the Motion; and any Sur-Replies permitted by 74.04(c) RSMo no later than __9/13/19__. A copy of the package must e-mailed to joseph.walsh@courts.mo.gov in Word format.

All *outstanding motions, pre-trial motions, motions in limine and proposed jury instructions* must be e-mailed to joseph.walsh@courts.mo.gov, at least one week prior to trial. The jury instructions should be in Word format.

Counsel are responsible for setting a *pre-trial conference* where said motion(s) will be heard no later than 3 days (including Saturday and Sunday) before the trial date. All motions not heard at that time are deemed abandoned.

The parties shall present any objections to the *designated deposition testimony* that they intend to enter into the record to the court for a ruling at the time of the pre-trial conference. The parties shall also be required to present an *exhibit list and the exhibits* to the court and the court reporter for marking at the time of the pre-trial conference.

The parties shall comply with LOCAL RULE 29: USE OF INFORMATION TECHNOLOGY EQUIPMENT IN THE COURT in order to utilize any technology during the course of the trial. It is the responsibility of the parties to complete the Waiver of Liability and Indemnification Agreement referred to in the Local Rule.

SO ORDERED

_____       __1/24/19__
Judge Joseph L. Walsh, III      Dated
Division 17

Cc: Attorneys of Record via casenet

EXHIBIT A